UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

In re:  Eugene O'Neil, Jr.,
      Debtor

**O R D E R**

Motion denied.  Appellant has not made a plausible showing of likelihood of success on the merits, nor of potential irreparable injury to the extent the trustee has undersold the asset, economic injury is subject to remedy.  See also Bankruptcy Court Order dated March 20, 2008.  The motion and the order shall be publically docketed.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

March 27, 2008

cc:  Charles A. Russell, Esq.
     Victor W. Dahar, Esq., Trustee
     Geraldine Karonis, Esq.
     Matthew Benson, Esq.
     Thomas Pappas, Esq.
     Gail Bakis, Esq.
     James Perullo, Esq.
     Mark Cornell, Esq.